# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**FAHIM JAMAL RASHAD**                                    **PLAINTIFF**

v.                              **No. 1:13-cv-32-DPM**

**JEFF SIMS, CID, Independence County**          **DEFENDANT**

## ORDER

Motion for IFP status, № 11, is denied as moot.  The Court granted Rashad this status in April. № 6. Motion for a TRO and preliminary injunction, № 9, is denied without prejudice.  Rashad's backward-looking allegations do not justify injunctive relief.  In future, Rashad must avoid duplicative filings in this case and the one before Judge Baker, number 1:13-cv-3.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

5 June 2013