IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FAHIM JAMAL RASHAD                                                    PLAINTIFF

v.                              No. 1:13-cv-32-DPM

JEFF SIMS, CID, Independence County;
STEVE JEFFERY, Sheriff; ALLEN COCKRILL,
Chief; and JOHN FERGUSON, Lieutenant                      DEFENDANTS

ORDER

The Court appreciates Rashad updating his address. № 29. In his motion to compel, № 38, Rashad requests proof of service on Defendants. In August the Court directed the Marshal to reattempt service on Jeff Sims and to serve Sheriff Jeffery, Chief Cockrill, and Lieutenant Ferguson with Rashad's original complaint, his motion to amend, summons, and a copy of the Court's order. № 24. Summons have been returned executed on Sheriff Jeffery, № 34, Lieutenant Ferguson, № 35, Chief Cockrill, № 36, and Jeff Sims, № 37. Defendants have agreed to respond to Rashad's discovery requests, which they just received. № 39. Responses due 10 October 2013. Motion to compel, № 38, denied without prejudice as moot.

So Ordered.

*DPMarshall Jr.*

D. P. Marshall Jr.
United States District Judge

19 September 2013