IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FAHIM JAMAL RASHAD                                                    PLAINTIFF

v.                              No. 1:13-cv-32-DPM

JEFF SIMS, CID, Independence County;
STEVE JEFFERY, Sheriff; ALLEN COCKRILL,
Chief; and JOHN FERGUSON, Lieutenant                      DEFENDANTS

ORDER

Rashad recently alerted the Court of a change of address, № 47. But mail sent to Rashad's new address has been returned as undeliverable, № 48. In March, Magistrate Judge Jerome T. Kearney advised Rashad to the Local Rule requiring *pro se* litigants to keep a current address on file with the Clerk. № 3; Local Rule 5.5(c)(2). The Court reminds Rashad of that Rule now. If he does not submit a current address by 31 January 2014, the Court will dismiss his complaint without prejudice for failure to prosecute.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 January 2014